UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JUNIOR MELENDEZ<br>(2) ANGEL CORDOVA<br>(3) CARLOS RICHARDS<br>(4) JUAN RODRIGUEZ<br>(5) ANTOINE MACK, and<br>(6) KEVIN JEAN,<br><br>Defendants. | Criminal No. 19-cr-40025<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine (21 U.S.C. § 846)<br><br>Count Two: Felon in Possession of a Firearm (18 U.S.C. §§ 922(g)(1))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853)<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d)) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
500 Grams or More of Cocaine
(21 U.S.C. § 846)

The Grand Jury charges:

From at least March 2019 through in or about June 2019, in Worcester, Shrewsbury, and elsewhere in the District of Massachusetts, the defendants,

(1) JUNIOR MELENDEZ,
(2) ANGEL CORDOVA,
(3) CARLOS RICHARDS,
(4) JUAN RODRIGUEZ,
(5) ANTOINE MACK and
(6) KEVIN JEAN,

conspired with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance

1

containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to,

    (1)    JUNIOR MELENDEZ,
    (2)    ANGEL CORDOVA, and
    (3)    CARLOS RICHARDS.

Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to defendants JUNIOR MELENDEZ, ANGEL CORDOVA, and CARLOS RICHARDS.

All in violation of Title 21, United States Code, Section 846.

Before defendant JUNIOR MELENDEZ committed the offense charged in this Count, the defendant was convicted of a violation of Title 21, United States Code, Section 841(a)(1) (District of Massachusetts Docket No. 99-cr-40016), a serious drug felony, for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before defendant ANGEL CORDOVA committed the offense charged in this Count, the defendant was convicted of a violation of Massachusetts General Laws chapter 94c, section 32(a) (Docket No. 1085-cr-7671), a serious drug felony, for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to

that offense within 15 years of the commencement of the instant offense.

Before defendant CARLOS RICHARDS committed the offense charged in this Count, the defendant was convicted of a violation of Title 21, United States Code, Section 841(a)(1) (District of New Hampshire Docket No. 01-cr-00073), a serious drug felony, for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT TWO
Felon in Possession of a Firearm
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On May 24, 2019, in Worcester, in the District of Massachusetts, the defendant,

(5) ANTOINE MACK,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Walther (InterArms) PPK/S .380 caliber pistol, bearing serial number S064322.

All in violation of Title 18, United States Code, Section 922(g)(1).

## DRUG FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One of this Indictment, defendants,

> (1) JUNIOR MELENDEZ,
> (2) ANGEL CORDOVA,
> (3) CARLOS RICHARDS,
> (4) JUAN RODRIGUEZ,
> (5) ANTOINE MACK and
> (6) KEVIN JEAN,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.   The property to be forfeited includes, but is not limited to, the following assets:

   a. $36,600 in United States currency, seized from Junior Melendez at 151 Hartford Turnpike, Lot #4, Shrewsbury, Massachusetts on June 6, 2019;

   b. $3,313.00 in United States currency seized from 69 Cutler Street, Worcester Massachusetts on June 6, 2019;

   c. $2,956.12 in United States currency seized from 69 Cutler Street, Worcester Massachusetts on June 6, 2019

   d. SCCY Industries Model CPX-1 9mm semi-automatic pistol, serial number 201247, seized from 69 Cutler Street, Worcester, Massachusetts on June 6, 2019;

   e. Beretta Model 22 .22 caliber semi-automatic pistol, serial number BAS00492U;

   f. seven (7) rounds of .22 caliber ammunition contained therein, seized from 69 Cutler Street, Worcester, Massachusetts on June 6, 2019; and

   g. eighty-four (84) rounds of assorted caliber ammunition seized from 69 Cutler Street, Worcester, Massachusetts on June 6, 2019.

  2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants -

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the Court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 above.

  All pursuant to Title 21, United States Code, Section 853.

## FIREARM FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d)

3. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count Two of this Indictment, the defendant,

(5) ANTOINE MACK,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to, the following asset:

    a. one Walther (InterArms) PPK/S .380 caliber pistol, bearing serial number S064322, seized by law enforcement officials on March 24, 2019.

4. If any of the property described in paragraph 3 above, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in the paragraph above.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
Greg A. Friedholm
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2:03 p.m.

7/2/19

Dated: July 2, 2019