# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
**UNITED STATES OF AMERICA,** )
)
**v.** )
) **Criminal No: 19-40025-TSH**
**JUAN RODRIGUEZ,** )
                    **Defendant.** )
_____)

## DEFENDANT RODRIGUEZ'S REVISED EXHIBIT LIST

The Defendant, Juan Rodriguez, through counsel, hereby submits the instant exhibit list. The Defendant reserves the right to supplement or modify this list as discovery and trial preparation are ongoing as well as resulting from evidence developed during the trial.

1. Photo of Headliners barbershop (intersection)
2. Photo of Headliners barbershop (front door)
3. Photo of Headliners barbershop (mural).

Respectfully submitted,

_____
Peter Charles Horstmann, Esq.
BBO #556377
450 Lexington Street, Suite 450
Newton, Massachusetts 02466
(617) 519-9011
_pete@horstmannlaw.com_

## **CERTIFICATE OF SERVICE**

     I, Peter Charles Horstmann, hereby certify that on this 11th day of March, 2022, a copy of the Exhibit List was electronically served upon Greg Friedholm, Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Boston, MA 02210 and all counsel of record.

Peter Charles Horstmann, Esquire