UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                            )
**UNITED STATES OF AMERICA,** )
                            )
           v.               )
                            ) **Criminal No: 19-40025-TSH**
**JUAN RODRIGUEZ,**          )
           **Defendants.**   )
_____)

### DEFENDANT RODRIGUEZ'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF RODRIQUEZ'S ARREST ON UNRELATED CHARGES AND GOVERNMENT PROPOSED EXHIBITS 87, 87.1, 88, 88.1.

NOW COMES the defendant, Juan Rodriguez, ("Rodriguez"), through counsel, and hereby moves this Honorable Court pursuant to Federal Rules of Evidence 401, 403 and 404 to preclude the Government from introducing evidence of Rodriguez's arrest on May 20, 2019, and proposed Government Exhibits 87, 87.1, 88 and 88.1. In support thereof, counsel states the following:

1  Rodriguez was arrested on May 20, 2019, by state authorities on unrelated criminal charges.

2  Later that same day the Government recorded conversations between co-defendant, Junior Melendez and Johnny McCoy discussing Rodriguez's arrest and possible punishments and incarceration periods

which the Government has proffered as proposed Exhibits 87 and 87.1. (See Exhibit 1, attached hereto).

3. Later that same day the Government recorded conversations between Melendez and Rodriguez's father discussing Rodriguez's arrest which the Government has proffered as Exhibits 88 and 88.1. (See Exhibit 2, attached hereto).

4. It is respectfully submitted that any evidence of Rodriguez's arrest on other unrelated charges is incurably prejudicial and outweighs any probative value under Rules 401 and 403.

5. In addition, the arrest constitutes inadmissible evidence under Rule 404.

6. The undersigned counsel and the Government have met to discuss a potential resolution to this issue, but have been unable to come to an agreement.

WHEREFORE, this Honorable Court is respectfully urged to preclude the Government from discussing Rodriguez's May 20, 2019 arrest at trial or

introducing the attached Exhibits.

                                          Respectfully submitted,

                                          Peter Charles Horstmann, Esq.
                                          BBO #556377
                                          450 Lexington Street, Suite 450
                                          Newton, Massachusetts 02466
                                          (617) 519-9011
                                          *pete@horstmannlaw.com*
                                          Attorney for Juan Rodriguez

## CERTIFICATE OF SERVICE

     I, Peter Charles Horstmann, hereby certify that on this 14th day of March, 2022, a copy of the MOTION IN LIMINE was electronically served upon Greg Friedholm, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210 and all counsel of record.

                                          Peter Charles Horstmann, Esquire