Session:      27467
Date:         05/20/2019
Time:         18:05:22
Target #:     774-535-1317 (Junior Melendez)
Direction:    Incoming
Other Phone:  774-502-7353 (Johnny McCoy)

[Beginning of conversation]

MCCOY: Yeah.

MELENDEZ: For what?

MCCOY: [U/I] Mula just got [U/I], you heard? Because he had, he had a bench warrant for that, for that, for that [U/I] [Voices overlap]

MELENDEZ: Oh, because of the crazy cop?

MCCOY: [U/I] got Shorty.

MELENDEZ: Out there.

MCCOY: Nah, she, they, they showed that he had-- [Voices overlap]

MELENDEZ: [U/I] because of the case he had [U/I] Springfield [U/I] [Voices overlap]

MCCOY: A, a warrant for his arrest that it was issued today-- [Voices overlap]

MELENDEZ: They hold [U/I] for the ninety days out here.

MCCOY: Yeah.

MELENDEZ: Uh-huh.

MCCOY: So, he'll be locked in for ninety days, you think?

MELENDEZ: Oh ...

MCCOY: That's what I was thinking, I was, I was saying that, I was like, nigga he can hang on a court [U/I] [Voices overlap]

MELENDEZ: Nah, that's, that's the reason. that's a hundred--I'm, I bet [Voices overlap]

MCCOY: [U/I].

MELENDEZ: I will bet my life on it [U/I] [Voices overlap]

MCCOY: Ninety days, right?

MELENDEZ: But damn, I gotta go over there, are you still there? I don't want the niggas to touch nothing that's mine over there, like somebody else.

MCCOY: Nah, I just took off nigga. I'm at my spot. What you mean, nigga? [Voices overlap)

MELENDEZ: Pops over there already?

MCCOY: Pops got everything nigga. Call pops and let pops know [U/I] you gotta get your shit.

MELENDEZ: Alright, let me call, let me call, let me call Pops right now.

MCCOY: Yeah, what happen [U/I], nigga. Alright bro.

[End of call]