Session:       27470
Date:          05/20/2019
Time:          18:07:25
Target #:      774-535-1317 (Junior Melendez)
Direction:     Outgoing
Other Phone:   774-386-0841 (Juan Rodriguez Sr.)

[Telephone rings]

[Beginning of conversation]

| | |
|---|---|
| MELENDEZ: | Yeah, I just heard what's going on-- [Voices overlap] |
| RODGRIGUEZ: | Yeah. |
| MELENDEZ: | They are gonna hold him for ninety days, that's, that's because of the Springfield uh, Southbridge case. |
| RODGRIGUEZ: | Well, how's, I mean because um they said he had a warrant for [U/I] [Voices overlap] |
| MELENDEZ: | Yeah, because, because [U/I] they are holding him for violation because of the, I'm telling you, I'm, I'm, I'm a million percent sure. You'll see. Huh? |
| RODGRIGUEZ: | Dude that's all summer-- [Voices overlap] |
| MELENDEZ: | Yeah, he is not, he- yeah. |
| RODGRIGUEZ: | You know what I mean? |
| MELENDEZ: | They are gonna hold him for the ninety days. |
| RODGRIGUEZ: | That's all the fucking Summer. |
| MELENDEZ: | But listen um, you, if you grabbed everthing, we can [Stammers] a bunch of it is mine too, so uh, link up with me before you end up leaving town. |
| RODGRIGUEZ: | Well, I didn't touch anything if that's what you are trying to say- [Voices overlap] |
| MELENDEZ: | Oh, okay [U/I] then . I'll, I'll tell you when I'm leaving my house-- [Voices overlap] |
| RODGRIGUEZ: | So, let's say if you don't, if you don't need it now, we'll just wait till tomorrow see what happens in court. |
| MELENDEZ: | Yeah do, yeah, yeah, we can do that, it doesn't matter, either way. But I, I don't want no, but no, that's the thing. |
| RODGRIGUEZ: | Yeah, yeah if you don't [U/I] [Voices overlap] |

| | |
|---|---|
| MELENDEZ: | That's the thing, he thinks is over there they know he is locked up and they'll assume the worst, and you know what I'm saying, I don't want them--it's my thing, it's not, you know. |
| RODGRIGUEZ: | No, no--yeah, but it nah, it, it, it ain't that type of party. Slim and these niggas, they make a phone call quick everything is under control. Imma go over, Imma, Imma stop by-- [Voices overlap] |
| MELENDEZ: | Yeah, I'll go over there to make sure, to lock it-- [Voices overlap] |
| RODRIGUEZ: | No body is gonna be there-- [Voices overlap] |
| MELENDEZ: | I'm not, I'm not gonna take it out of there. [U/I] but I was gonna switch locations, that's all. |
| RODGRIGUEZ: | Yeah, well, again, like I said you are brother, so I'm not even gonna stop you. I'm just like-- [Voices overlap] |
| MELENDEZ: | Alright, bro-- [Voices overlap] |
| RODGRIGUEZ: | Yeah, so whatever you wanna do I'm at the shop. |
| MELENDEZ: | Alright. |
| RODRIGUEZ: | Let me know, like I said, I can meet you there. |
| MELENDEZ: | Alright. |
| RODRIGUEZ: | Alright, my nigga. |

[End of call]