UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUAN RODRIGUEZ<br><br>Defendant. | No. 4:19-cr-40025-TSH |

## VERDICT FORM FOR DEFENDANT JUAN RODRIGUEZ

1. As to COUNT ONE of the Indictment, charging the defendant JUAN RODRIGUEZ with conspiracy to distribute and possess with intent to distribute cocaine, we the jury, find the Defendant, JUAN RODRIGUEZ:

    \_\_\_ NOT GUILTY          ✓ GUILTY

    If your verdict is NOT GUILTY, please STOP here, and sign and date the verdict slip.
    If your verdict is GUILTY, please proceed to Question 2.

2. Did the conspiracy described in COUNT ONE involve 500 grams or more of a mixture and substance containing a detectable amount of cocaine?

    \_\_\_ NO          ✓ YES

The foregoing represents the unanimous decision of the jury for JUAN RODRIGUEZ.

3/30/2022          Kristina Perry /s/ Kristina Perry
Date               Foreperson