FILED IN CLERKS OFFICE

AUG 4 '22 AM10:44 USDC MA

| United States of America | ) | |
|---|---|---|
| V. | ) | Case No. 19-cr-40025-TSH |
| Juan Rodriguez | ) | |
| Defendant, | ) | |
| | ) | |

# **Motion For AN Order Permitting Participation In The Restorative Justice Program**

_ Defendant Juan Rodriguez hereby request an order from the court permitting him to participate in the U.S. probation Departments Restorative Justice program (RJ) at the Wyatt Detention facility.

As grounds for the request to participate in the RJ program Mr. Rodriguez states:

1. The Probation office provides the following description of the program:

    Restorative Justice is a theory of justice that emphasizes a meaningful acceptance of responsibility for a crime or harm committed and making amends for that harm through transformational processes. The required parts of the Restorative Justice program are to complete an individual informational session and participate in a 16-hour workshop.

    The 16 hour workshop is a demanding experimental process that includes defendants/participants, victims of crime, community volunteers, and court family members. Participants engage individual and group work, lectures, cognitive behavioral exercises, and homework. During the workshop participants: identify and analyze their values; review their behaviors in relation to their values; consider the reasons why they committed the crime (including exploration of criminogenic needs and trauma); identify and process the harm that their crime has caused; and explore potential ways in which they make amends. The victims of crime, community and court family members work with the participant individually and in groups to expand their understanding of crime and its impact on others and accountability. The workshop is both emotionally and intellectually taxing, consistently emphasizing the importance of a meaningful acceptance of responsibility and making amends.

2. Mr. Rodriguez acknowledges that a guilty plea is not required for participation in the RJ program.
3. Mr. Rodriguez has expressed genuine interest, enthusiasm, and desire to participate in the RJ program. He has been reading titles such as The little book on Race and Restorative Justice, recommended by other individuals who have completed the program, and Dwayne Betts' autobiography, A question of freedom: A Memoir of learning, survival, and Coming of Age in Prison.
4. Mr. Rodriguez submits that regardless of the outcome of this case, participation in RJ has the potential to be a transformative experience. His life has been deeply impacted by poverty and incarceration and his family has been deeply impacted by poverty and incarceration. He would greatly benefit from the opportunity to think about harm and justice in new ways.
5. Probation advises that it is accepting applicants to the upcoming RJ program at Wyatt and it could consider Mr. Rodriguez participation as soon as the court issues an order permitting to do so.
6. Mr. Rodriguez preys the government/court does oppose to Mr.Rodriguez's participation in RJ program.

Respectfully submitted,
Juan Rodriguez